IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -v-                                          02-CR-00068-A

SHON DUTTON,

          Defendant.

---

## PETITION AND ORDER FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

TO:   THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

The Petition of the United States Attorney for the Western District of New York respectfully states:

1.   The defendant, Shon Dutton, was involved in a crime against the United States, a violation of Title 18, United States Code, Section 922(g)(1). He is incarcerated at the Erie County Holding Center, 40 Delaware Avenue in Buffalo, New York. His presence is required in the United States District Court at Buffalo, New York, for violation of supervised release.

**WHEREFORE**, your petitioner requests that the Clerk be instructed to issue a Writ Of Habeas Corpus Ad Prosequendum to the United States Marshal and take Shon Dutton into his custody and bring him before United States Chief District Judge Richard J.

Arcara, 68 Court Street, City of Buffalo, New York, on the 31st day of January, 2007, at **9:00** in the A.M. of that day, and thereafter, the said Shon Dutton, is to be returned to his place of confinement.

DATED:   Buffalo, New York, January 23, 2007.

Respectfully submitted,

TERRANCE P. FLYNN
United States Attorney

BY: _/s/ Joel L. Violanti_
JOEL L. VIOLANTI
Assistant U.S. Attorney
U.S. Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York  14202
(716) 843-5700, ext. 854
joel.l.violanti@usdoj.gov

IT IS SO ORDERED:

_/s/ Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
CHIEF UNITED STATES DISTRICT JUDGE

DATED:   January 25, 2007